Avner D. Sofer, Esq. (#198736)
Sofer Law
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone: (415) 492-2834
Facsimile: (415) 785-3601

Attorneys for Plaintiff,
Philip Mosier

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP MOSIER | Case No.: C12-06527 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CENTRAL INTELLIGENCE AGENCY; and DOES 1-25, | |
| Defendants. | |

On or about December 26, 2012, plaintiff Philip Mosier filed a complaint against defendant, Central Intelligence Agency ("CIA"). Defendant's response to plaintiff's complaint is currently due on March 29, 2013. The Initial Case Management Conference is currently scheduled for March 29, 2013. Continuing the Initial Case Management Conference until May 3, 2013, will permit the defendant's response to the complaint to be completed prior to the Initial Case Management Conference.

In the interest of the parties and the Court, the parties hereby stipulate and agree to continue the Case Management Conference to May 3, 2013, at 2:30 p.m

IT IS SO STIPULATED.

DATED: March 22, 2013          Respectfully submitted,

MELINDA HAAG
United States Attorney

JENNIFER S WANG
Assistant United States Attorney

-1-

1
2  DATED: March __, 2013                    SOFER LAW
3
4                                           _____
                                            AVNER SOFER
5                                           Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 3/26/13

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-3-