1   Avner D. Sofer, Esq. (#198736)
    Sofer Law
2   4040 Civic Center Drive, Suite 200
    San Rafael, CA 94903
3   Telephone:  (415) 492-2834
    Facsimile:  (415) 785-3601
4

5   Attorneys for Plaintiff,
    Philip Mosier
6

7                    UNITED STATES DISTRICT COURT

8            FOR THE DISTRICT OF NORTHERN CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  PHILIP MOSIER                    )  Case No.:  C12-06527 SI
                                     )
12          Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING CASE MANAGEMENT
13      vs.                          )  CONFERENCE
    CENTRAL INTELLIGENCE AGENCY; and )
14  DOES 1-25,                       )
                                     )
15          Defendants.              )
                                     )
16  _____)

17          On or about December 26, 2012, plaintiff Philip Mosier filed a complaint against defendant,

18  Central Intelligence Agency ("CIA").  Defendant's response to plaintiff's complaint is currently due

19  on March 29, 2013.  The Initial Case Management Conference is currently scheduled for March 29,

20  2013.  Continuing the Initial Case Management Conference until May 3, 2013, will permit the

    defendant's response to the complaint to be completed prior to the Initial Case Management

21  Conference.

22          In the interest of the parties and the Court, the parties hereby stipulate and agree to continue

23  the Case Management Conference to May 3, 2013, at 2:30 p.m

24  IT IS SO STIPULATED.

    DATED: March 22, 2013         Respectfully submitted,
25
                                  MELINDA HAAG
26                                United States Attorney

27
                                  JENNIFER S WANG
28                                Assistant United States Attorney

                                  -1-

1

2   DATED: March ⸺ 2013                    SOFER LAW

3

4                                          AVNER SOFER
                                           Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   [PROPOSED] ORDER

2   IT IS SO ORDERED.

3   Dated:   3/26/13

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28