1  Avner D. Sofer, Esq.      (#198736)
   Sofer Law
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone: (415) 492-2834
   Facsimile:  (415) 785-3601
4
5  Attorneys for Plaintiff,
   Philip Mosier
6
7
8
                    UNITED STATES DISTRICT COURT
9
             FOR THE DISTRICT OF NORTHERN CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
12
13 PHILIP MOSIER                      )  Case No.:  C12-06527 SI
                                      )
14        Plaintiff,                  )  STIPULATION AND [PROPOSED]ORDER
          vs.                         )  TO TRANSFER VENUE
15 CENTRAL INTELLIGENCE AGENCY; and   )
   DOES 1-25,                         )
16                                    )
                                      )
17        Defendants.                 )
                                      )
18 ────────────────────────────────────

19        On or about December 26, 2012, plaintiff Philip Mosier filed a Freedom of Information Act

20 ("FOIA"), 5 U.S.C. §  552, action against defendant, Central Intelligence Agency ("CIA").  On or

   about March 29, 2013, the CIA filed a Motion to Dismiss for Improper Venue, or Alternatively, for
21
   Summary Judgment.

22        FOIA provides for venue in either (1) the judicial district where the plaintiff resides, (2) the

23 judicial district where plaintiff has his principal place of business, (3) the judicial district where the

24 agency records are situated, or (4) the District of Columbia.  5 U.S.C. § 552(a)(4)(B).  Plaintiff

   resides in Sacramento, California.  Accordingly, subject to the Court's approval, the parties hereby
25
   stipulate to transfer this action to the Eastern District of California.

26 IT IS SO STIPULATED.

27 ///

28 ///

                                      -1-

1

2 | DATED: April ___, 2013

Respectfully submitted,

3

SOFER LAW

4

5

AVNER SOFER
Attorney for Plaintiff

6

DATED: April _10_, 2013

MELINDA HAAG
United States Attorney

7

8

9

JENNIFER S WANG

10

Assistant United States Attorney

11

**[PROPOSED] ORDER**

12

Pursuant to the parties' stipulation, this action is hereby transferred to the Eastern District of

13

California.

14

15 | IT IS SO ORDERED.

16 | Dated: 4/15/13

17

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

-2-