1  Avner D. Sofer, Esq.        (#198736)
   Sofer Law
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone: (415) 492-2834
   Facsimile:  (415) 785-3601
4
5  Attorneys for Plaintiff,
   Philip Mosier

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP MOSIER, | Case No.: C12-06527 SI |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER TO TRANSFER VENUE |
| vs. | |
| CENTRAL INTELLIGENCE AGENCY; and DOES 1-25, | |
| Defendants. | |

On or about December 26, 2012, plaintiff Philip Mosier filed a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action against defendant, Central Intelligence Agency ("CIA"). On or about March 29, 2013, the CIA filed a Motion to Dismiss for Improper Venue, or Alternatively, for Summary Judgment.

FOIA provides for venue in either (1) the judicial district where the plaintiff resides, (2) the judicial district where plaintiff has his principal place of business, (3) the judicial district where the agency records are situated, or (4) the District of Columbia. 5 U.S.C. § 552(a)(4)(B). Plaintiff resides in Sacramento, California. Accordingly, subject to the Court's approval, the parties hereby stipulate to transfer this action to the Eastern District of California.

IT IS SO STIPULATED.

///

///

-1-

DATED: April __, 2013         Respectfully submitted,

                              SOFER LAW


                              _____
                              AVNER SOFER
                              Attorney for Plaintiff

DATED: April 10, 2013         MELINDA HAAG
                              United States Attorney


                              _____
                              JENNIFER S WANG
                              Assistant United States Attorney


### [PROPOSED] ORDER

Pursuant to the parties' stipulation, this action is hereby transferred to the Eastern District of California.

IT IS SO ORDERED.

Dated: 4/15/13                _____
                              SUSAN ILLSTON
                              UNITED STATES DISTRICT COURT JUDGE

-2-